# Notice Recipients

District/Off: 0208−1       User:                    Date Created: 12/21/2020
Case: 20−10330−mg          Form ID: 309A            Total: 61

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7754744    Board of Managers for the 67 Liberty Street Condom
7675584    NISSAN MOTOR ACCEPTANCE CORP/I
                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Kanwaldeep Singh Kalsi      30 East 81 Street, 6E      New York, NY 10028
ust        United States Trustee       Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014
unk        Namrita Purewal    67 Liberty Street. Fifth Floor    New York, NY 10005
cr         OceanFirst Bank    c/o Ostrowitz & Ostrowitz, Esqs.    225 Gordons Corner Rd.    Suite 1J    Manalapan, NJ 07726
cr         Board of Managers for the 67 Liberty Street Condominium Association    666 Broadway    12th Floor    New York, NY 10012
tr         Angela G. Tese−Milner    Law Offices of Angela Tese−Milner, Esq.    735 Wickham Avenue    P.O. Box 35    Mattituck, NY 11952
aty        Alan R. Ostrowitz    Ostrowitz & Ostrowitz, Esq.    225 Gordons Corner Road    Suite 1−J    Manalapan, NJ 07726
aty        Alla Kachan    Law Offices of Alla Kachan P.C.    3009 Ocean Pkwy    Brooklyn, NY 11235
aty        Benjamin Fox Tracy    Braverman Greenspun, P.C.    110 East 42nd Street    Ste 17th Floor    New York, NY 10017
aty        Michael J. Macco    2950 Express Drive South    Suite 109    Islandia, NY 11749
aty        Michael J. Macco    Macco Law Group, LLP    2950 Express Drive South    Suite 109    Islandia, NY 11749
smg        New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg        United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg        N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
smg        New York City Dept. Of Finance    Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038
7691904    60 W. 57th    20F    New York, NY 10019−1001
7675567    67 LIBERTY CONDO ASSOCIATION    C/O THE ANDREWS ORGANIZATION,    666 BROADWAY    12FL    NEW YORK, NY 10012
7675568    AMEX    CORRESPONDENCE/BANKRUPTCY    PO BOX 981540    EL PASO, TX 79998
7675569    AMEX    CORRESPONDENCE/BANKRUPTCY    PO BOX 981540    EL PASO, TX 79998
7675570    AMEX/BANKRUPTCY    CORRESPONDENCE/BANKRUPTCY    PO BOX 981540    EL PASO, TX 79998
7711417    Advanced Rx Returns    Macco Law Group, LLP    2950 Express Drive South    Suite 109    Islandia, NY 11749
7692961    American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701
7675571    CAMPAGNA JOHNSON, P.C.    888 VETERANS MEMORIAL HIGHWAY    SUITE 200    HAUPPAUGE, NY 11788
7675572    CAPITAL ONE / SAKS F    ATTN: BANKRUPTCY    PO BOX 30285    SALT LAKE CITY, UT 84130
7675573    CHASE CARD SERVICES    ATTN: BANKRUPTCY    PO BOX 15298    WILMINGTON, DE 19850
7675574    CHASE CARD SERVICES    ATTN: BANKRUPTCY    PO BOX 15298    WILMINGTON, DE 19850
7675575    CHASE CARD SERVICES    ATTN: BANKRUPTCY    PO BOX 15298    WILMINGTON, DE 19850
7675576    CHASE CARD SERVICES    ATTN: BANKRUPTCY    PO BOX 15298    WILMINGTON, DE 19850
7675577    CITIBANK    PO BOX 6217    SIOUX FALLS, SD 57117
7675578    CITIBANK/SHELL OIL    CITICORP CREDIT SRVS/CENTRALIZED BK DEPT    PO BOX 790034    ST LOUIS, MO 63179
7690897    Campagna Johnson, P.C.    888 Veterans Memorial Highway    Suite 200    Hauppauge, NY 11788−1178
7675579    DINESH KHANNA    348 RIDGWVIEW RD    PRINCETON, NJ 08540
7675580    DISCOVER FINANCIAL    ATTN: BANKRUPTCY DEPARTMENT    PO BOX 15316    WILMINGTON, DE 19850
7677578    Discover Bank    Discover Products Inc    PO Box 3025    New Albany, OH 43054−3025
7675581    GUILLERMO CHAVARRIA    24 DUVALL DR    HAMPTON BAYS, NY 11946
7735944    Internal Revenue Service    Post Office Box 7346    Philadelphia, PA 19101−7346
7705910    J.P. MORGAN MORTGAGE TRUST 2016−4    c/o NewRez LLC d/b/a Shellpoint Mortgage    P.O. Box 10826    Greenville SC 29603
7681844    JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o Robertson, Anschutz & Schneid, P.L.    6409 Congress Avenue, Suite 100    Boca Raton, FL 33487

| | | |
|---|---|---|
| 7691356 | Macco Law Group, LLP | Attorneys for Namrita Purewal  2950 Express Drive South, Suite 109   Islandia, New York 11749 |
| 7675582 | NEW CHAPTER CAPITAL, INC. | 60 WEST 57TH STREET    5TH FLOOR    NEW YORK, NY 10019 |
| 7675583 | NISSAN MOTOR ACCEPTANCE CORP/I | ATTN: BANKRUPTCY    PO BOX 660360    DALLAS, TX 75266 |
| 7685043 | Namrita Purewal | Macco Law Group, LLP    2950 Express Drive South    Suite 109    Islandia, NY 11749 |
| 7689302 | Nissan–Infiniti LT | PO Box 9013    Addison, TX 75001 |
| 7675585 | OCEANFIRST BANK NA | 975 HOOPER AVENUE    TOMS RIVER, NJ 08754 |
| 7725292 | OceanFirst Bank, N.A. | c/o Ostrowitz & Ostrowitz, Esqs.    225 Gordons Corner Rd. Suite 1J    Manalapan, NJ 07726 |
| 7675586 | PARACO GAS | 44 KROEMER AVENUE    RIVERHEAD, NY 11901 |
| 7676002 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 7721649 | PSEG LI | 15 Park Drive    Special Collections    Melville, NY 11747 |
| 7675587 | SANTANDER BANK | ATTN: BANKRUPTCY    10–64–38–FD7 601 PENN ST    READING, PA 19601 |
| 7675588 | SHELLPOINT MORTGAGE SERVICING | ATTN: BANKRUPTCY    PO BOX 10826    GREENVILLE, SC 29603 |
| 7675589 | SUFFOLK FEDERAL CREDIT UNION | 3681 HORSEBLOCK ROAD    PO BOX 9005    MEDFORD, NY 11763 |
| 7675590 | SUFFOLK FEDERAL CREDIT UNION | P.O. BOX 9005    MEDFORD, NY 11763 |
| 7675591 | SUNRISE CREDIT SERVICES, INC. | P.O. BOX 9100    FARMINGDALE, NY 11735 |
| 7675592 | SYNCHRONY BANK | ATTN: BANKRUPTCY DEPT    PO BOX 965060    ORLANDO, FL 32896 |
| 7675593 | SYNCHRONY BANK/LOWES | ATTN: BANKRUPTCY    PO BOX 965060    ORLANDO, FL 32896 |
| 7675594 | SYNCHRONY BANK/TJX | PO BOX 965015    ORLANDO, FL 32896 |
| 7677859 | Suffolk Federal Credit Union | Campasano Law Firm    2000 Deer Park Avenue    Deer park, NY 11729 |
| 7684281 | Suffolk Federal Credit Union | Campasano Law Firm    2000 Deer Park Avenue    Deer park, NY 11729 |
| 7705342 | Synchrony Bank | c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk VA 23541 |

TOTAL: 59