# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Kanwaldeep Singh Kalsi | CASE NO.: 20–10330–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–9050 | CHAPTER: 7 |
| | TRUSTEE: |
| | Angela G. Tese–Milner<br>Law Offices of Angela Tese–Milner, Esq.<br>735 Wickham Avenue<br>P.O. Box 35<br>Mattituck, NY 11952 |
| | Telephone: (212) 475–3673 |

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before March 25, 2021.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: December 21, 2020    Vito Genna
Clerk of the Court