THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................................X
In re                                              Case No. 20-10330-MG
    KANWALDEEP SINGH KALSI
                                                      Chapter 7

                      Debtor(s)
..............................................................................X

## NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS INSTRUCTIONS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, scheduled as a telephonic meeting and conducted **by telephone conference on February 26, 2021 at 12:00 PM** (the "Designated Meeting Time").

All parties shall appear by phone at the section 341 in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

    Meeting Dial-in No: **877-928-9071**, and

    when prompted enter the Participant Code: **6407201** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustee with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents") A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting.

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting.

Date: February 09, 2021                                  Chapter 7 Trustee

                                                                    /s/ Angela Tese-Milner
                                                                      Angela Tese-Milner, Esq.
                                                                      **P.O. Box 35**
                                                                      **Mattituck, NY 11952**
                                                                      (212) 475-3755

# DECLARATION REGARDING ADMINISTRATION OF OATH AND CONFIRMATION OF IDENTITY AND SOCIAL SECURITY NUMBER

In re: (Case Name)     KANWALDEEP SINGH KALSI

Bankruptcy Case No.    20-10330-MG

Date of telephonic appearance at § 341(a) meeting of creditors: <u>February 26, 2021</u>

    I declare as follows:

1) My name is :_____
                  (Print or type)

2) My work address is:_____

3) My work telephone number is: (_____)_____

4) The address from where I participated in the § 341(a) meeting of creditors is:
    _____

5) I am a person authorized to administer oaths in the State of _____, by virtue of the following fact:
    _____ I am a notary
    _____ I am a court reporter
    _____ I am a judicial officer
    _____ I am authorized to give an oath under the Code of Military Justice
    _____ Other_____
        (Give title and **legal authority** for power to administer oath)

6) I personally verified the identity of the debtor(s) by checking his/her/their original photo identification(s):
    _____ Driver's License (State & number last four digits) _____
    _____ State Identification (State & number last four digits) _____
    _____ Passport (Country, number, expiration date last four digits) _____
    _____ Military Identification (Branch & ID number last four digits) _____
    _____ Other (describe) _____

7) I personally inspected the following original document as proof of the social security number of the debtor(s) and orally confirmed it with the trustee:
    _____ Social Security Card
    _____ Social Security Administration Statement
    _____ W-2 Form
    _____ Recent Payroll Stub
    _____ Employer's Health Card or Medical Insurance Card
    _____ Other (specify) _____

8) On_____, I did administer an oath to the debtor(s), prior to the trustee commencing
     (Date)
the questioning of the debtor(s) for the telephonic meeting of creditors of the debtor(s).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____ Signature: _____

**ATTORNEY DECLARATION REGARDING CONFIRMATION OF
DEBTOR IDENTITY AND SOCIAL SECURITY NUMBER**

In re: KANWALDEEP SINGH KALSI        Bankruptcy Case No. 20-10330-MG

Date of telephonic appearance at § 341(a) meeting of creditors: <u>February 26, 2021</u>

I swear as follows:

1) My name is:_____
   (Print or type)

2) My address is:_____

   _____

3) The photo identification I have been provided to prove the above debtor's identity is as follows:

   (Please complete blanks AND attach copies)

   ____ Drivers License (*State & number last 4 digits*)_____
   ____ State Identification (*State & number last 4 digits*)_____
   ____ Passport (*County, number last 4 digits, Expiration Date*)_____
   ____ Military Identification (*Branch & ID number last 4 digits*)_____
   ____ Legal residence alien card (*number last 4 digits*)_____
   ____ Other (*Describe, attach copy*) _____

4) The last four digits of the debtor's social security number are: ____ ____  ____ ____

5) The proof of social security number I reviewed is as follows:

   (Please attach a copy if available)

   ____ Social Security Card
   ____ W2 Form
   ____ Recent payroll earnings statement
   ____ Employers health card
   ____ Other (document which shows name and social security number)

**In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

_____        _____
Dated                        Signature

*(Please return this form to the Chapter 7 or Chapter 13 Trustee assigned in this case.)*