UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 7

KANWALDEEP SINGH KALSI,               Case No.: 20-10330 (MG)

              Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING ON NAMRITA PUREWAL'S MOTION TO DISMISS BANKRUPTCY CASE FOR SUBSTANTIAL ABUSE

PLEASE TAKE NOTICE, that the hearing scheduled to be held on May 19, 2021 at 10:00 a.m., on the motion (the "Motion") of Namrita Purewal, to dismiss the instant bankruptcy case, has been adjourned upon consent to June 2, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, via Court Solutions (www.court-solutions.com).

Dated: May 13, 2021               **LAMONICA HERBST & MANISCALCO, LLP**
        Wantagh, New York          *Counsel to the Chapter 7 Trustee*

                                         By:     *s/ Cristina M. Lipan*
                                                    Cristina M. Lipan, Esq.
                                                    3305 Jerusalem Avenue
                                                    Wantagh, New York 11793
                                                    (516) 826-6500
                                                    cl@lhmlawfirm.com